```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                     -v-                                     :
                                                             :      1:22-cr-522-GHW-5
                                                             :
    ALVIN EUSEBIO,                                           :           ORDER
                                 Defendant.                  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023

GREGORY H. WOODS, United States District Judge:

    A proceeding with respect to defendant Alvin Eusebio is scheduled for July 12, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 11, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge