```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,              :
                                           :
              -against-                    :
                                           :
                                           :     1:22-cr-522-GHW-5
    ALVIN EUSEBIO,                         :
                                           :         ORDER
                           Defendants.     :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Defendant Alvin Eusebio's request to receive non-prison clothing, Dkt. No. 551, is granted. Mr. Eusebio, Inmate # 55008-054, will be permitted to receive non-prison clothing at the Metropolitan Detention Center to wear for his trial scheduled to begin on November 4, 2024. He is permitted to have up to three pairs of pants, one blazer, four pairs of socks, four shirts, two ties, one belt, one pair of shoes and one sweater to wear to Court.

SO ORDERED.

Dated: October 18, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024