

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

October 27, 2024

<u>**BY ECF**</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Alvin Eusebio*, 22 Cr. 522 (GHW)**

Dear Judge Woods:

    During the final pretrial conference in the above-captioned matter, the Court scheduled a *Daubert* hearing regarding the anticipated testimony of the Government's expert witness, Inspector Alfred Hernandez (the "Hearing"). The Hearing is currently scheduled for October 31, 2024 at 2:00 p.m.

    The Government has learned that Inspector Hernandez will be unavailable from October 30, 2024 through November 5, 2024, as he will be attending his daughter's wedding. Accordingly, the Government respectfully requests that the Hearing be scheduled during the first week of trial, between November 6 and November 8, before or after the trial day. Defense counsel consents to this request. The Government anticipates that the duration of the Hearing will be between 45 minutes and an hour. Currently the Government expects Inspector Hernandez to testify on November 13 or 14.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

    By: *Ashley C. Nicolas*
                Ashley C. Nicolas
                Andrew W. Jones
                Benjamin M. Burkett
                Assistant United States Attorneys
                (212) 637-2467 / -2249 / - 2455

cc:    Telemachus Kasulis, Esq. (by ECF)