UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :
            -against-                       :
                                            :
                                            :
                                            :          1:22-cr-522-GHW
ALVIN EUSEBIO,                              :
      a/k/a "Goo,"                           :          ORDER
                                            :
                       Defendant.           :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2024
```

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, the Court hereby finds and orders as follows:

WHEREAS the Government has submitted a motion requesting, among other things, that the Court enter an order allowing two active undercover officers (the "Undercover Officers") to testify at trial without the Government disclosing their true names to the defense in advance of trial;

WHEREAS the Government's interests in maintaining the continued effectiveness and safety of undercover officers, including the Undercover Officers, is an extremely substantial interest, which would be seriously prejudiced by requiring disclosure of the Undercover Officers' true names;

WHEREAS the Government has demonstrated that the safety of the Undercover Officers and the integrity of their work would be jeopardized if their true identities were disclosed in advance their trial testimony;

WHEREAS the information pertaining to the Undercover Officers are records or information compiled for law enforcement purposes;

WHEREAS there exist alternative means of adequately ensuring the defendant's right to cross-examine the Undercover Officers through, among other things, impeachment material, while

balancing that right against the Government's extremely substantial interests set forth above;

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

1.    The New York City Police Department ("NYPD") shall disclose the true names of the Undercover Officers to the Special Agent in Charge (the "SAC") of the United States Attorney's Office, Southern District of New York ("SDNY").  After having received the true names of the Undercover Officers, the SAC shall disclose the names to an SDNY investigator (the "Investigator") assigned to the USAO who will be responsible for conducting queries on behalf of the defense.  The SAC shall not disclose the name of the Investigator to the prosecution team.

2.    Defense counsel may communicate directly with the Investigator to request that a particular query be conducted by the Investigator, including that query's scope and other such details of its execution.  The Investigator shall conduct any such query promptly.  The Investigator shall not communicate with any person other than the requesting defendant's counsel regarding the nature or results of the queries, including, without limitation, any other employee or representative of the U.S. Department of Justice.

3.    If requested by defense counsel, the Investigator shall be required to receive and respond to all queries only in paper form or orally.  The Investigator shall not save any information related to the queries—including but not limited to the queries themselves, related notes, or their results (collectively, the "Request Documentation")—on the government's electronic systems.  The Investigator shall return the Request Documentation to the requesting defense counsel within two business days after the earlier of (1) the completion of his or her response to any query or (2) a request by defense counsel.

SO ORDERED.

Dated:  October 31, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2