```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALVIN EUSEBIO,
      a/k/a "Goo,"

*Defendant.*

No. 22 Cr. 522 (GHW)

    Upon the application of Telemachus P. Kasulis, attorney for Defendant Alvin Eusebio: IT IS HEREBY ORDERED THAT the Metropolitan Detention Center in Brooklyn, New York allow defendant Alvin Eusebio, Inmate # 55008-054, to access his discovery materials for up to four hours a day, from and including the date of this order until the conclusion of the jury trial in the above-captioned matter.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 580.

Dated: November 1, 2024

_____
The Honorable Gregory H. Woods
United States District Judge