```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALVIN EUSEBIO,
    a/k/a "Goo,"

*Defendant.*

No. 22 Cr. 522 (GHW)

Upon the application of Telemachus P. Kasulis, attorney for Defendant Alvin Eusebio:

IT IS HEREBY ORDERED THAT, the defendant Alvin Eusebio, Inmate # 55008-054, will be permitted to receive an <u>additional</u> set of non-prison clothing at the Metropolitan Detention Center to wear for his trial currently proceeding, as some of the clothes from the previous set do not fit the defendant. He is permitted to have up to four pairs of pants, two blazers, five pairs of socks, five shirts, three ties, two belts, two pairs of shoes and two sweaters to wear to Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 588

Dated: November 8, 2024

                                              GREGORY H. WOODS
                                              United States District Judge