```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
           -against-                     :
                                         :
                                         :    1:22-cr-522-GHW
                                         :
ALVIN EUSEBIO,                           :
    a/k/a "Goo,"                         :        ORDER
                                         :
                           Defendant.    :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024

GREGORY H. WOODS, United States District Judge:

On December 2, 2024, Mr. Eusebio filed a Motion for Partial Judgment of Acquittal, Dkt. No. 617. The Government's opposition is due no later than December 16, 2024. Mr. Eusebio's reply, if any, is due no later than December 23, 2024.

SO ORDERED.

Dated: December 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge