## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

January 29, 2025

## MEMORANDUM ENDORSED

**Via ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025

Re:   *United States v. Alvin Eusebio*, No. 22 cr. 522 (GHW)

Dear Judge Woods:

We represent Alvin Eusebio in the above-captioned matter. Mr. Eusebio is currently scheduled to be sentenced before Your Honor on February 19, 2025. We write to respectfully request a brief adjournment of Mr. Eusebio's sentencing and all associated deadlines. The parties are available during the week of February 24, 2025, except for February 24 and 26, 2025. The purpose of this request is to provide additional time to collect and translate letters of support.

The government consents to this request, and there have been no previous requests for an extension.

Respectfully submitted,
/s/ Telemachus P. Kasulis
Telemachus P. Kasulis
Peter Menz

Cc:   Ashley Nicolas, Esq. (via email)
      Andrew Jones, Esq. (via email)
      Benjamin Burkett, Esq. (via email)

Application granted in part. The sentencing hearing previously scheduled for February 19, 2025 at 11:00 a.m. is adjourned to March 3, 2025 at 11:00 a.m. The defendant's sentencing submissions are due no later than February 10, 2025; the Government's sentencing submissions are due no later than February 17, 2025.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 712.
SO ORDERED.
Dated: January 30, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge