UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                 -against-

   ALVIN EUSEBIO,

                       Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2025

1:22-cr-522-GHW-5

ORDER

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing currently scheduled for March 3, 2025 at 11:00 a.m. is rescheduled. The hearing will take place on April 10, 2025 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: February 25, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge