### MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>KATHLEEN E. CASSIDY<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>CHRISTOPHER B. HARWOOD<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>TELEMACHUS P. KASULIS<br>KAREN R. KING<br>THOMAS A. McKAY<br>ROBERT M. RADICK*<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG<br>LISA ZORNBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br>———<br>WRITER'S CONTACT INFORMATION<br><br>tkasulis@maglaw.com<br>(212) 880-9555 | COUNSEL<br>JOSHUA BUSSEN<br>PIPPA HYDE***<br>———<br>RETIRED/PARTNER EMERITUS<br>PAUL R. GRAND<br>———<br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT<br>***ALSO ADMITTED IN ENGLAND AND WALES |

March 7, 2025

## MEMORANDUM ENDORSED

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

      Re:     <u>United States v. Alvin Eusebio</u>, No. 22 cr. 522 (GHW)

Dear Judge Woods:

      We represent Alvin Eusebio in the above-captioned matter. Mr. Eusebio is currently scheduled to be sentenced before your Honor on April 29, 2025. We recently received an additional letter of support, which is attached as Exhibit T (consistent with the labeling of the exhibits previously submitted, *see* ECF 719). We respectfully request that this letter be considered by your Honor in connection with Mr. Eusebio's sentencing. The Court's time and attention to this matter are greatly appreciated.

                                      Respectfully submitted,
                                      <u>/s/ Telemachus P. Kasulis</u>
                                      Telemachus P. Kasulis
                                      Peter Menz

Cc:    Ashley Nicolas, Esq. (via email)
         Andrew Jones, Esq. (via email)
         Benjamin Burkett, Esq. (via email)

Enclosure

Application granted. The Court will consider this supplemental submission at sentencing. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 739.
SO ORDERED.
Dated: March 11, 2025
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge